UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GERMAINE GONZALEZ,

                                                                 Docket No. 1:24-cv-0027-NRB

                    Plaintiff,

CLEARONE ADVANTAGE, LLC,


                    Defendant.
--------------------------------------------------------------X

## **PROPOSED ORDER OF DISCONTINUANCE**

By letter dated February 12, 2024, the parties reported to the Court that they have reached a settlement in principle in this case. Accordingly, it is hereby:

ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and Defendant shall be directed to file its Answer within ten (10) days of the case being reinstated. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 60-day period.

2

The Clerk of Court is directed to terminate all pending deadlines and close this case.

SO ORDERED.

Dated: February ___14_, 2024
      New York, New York

_____
THE HONORABLE NAOMI REICE BUSHWALD
UNITED STATES DISTRICT JUDGE

114264\000015\4858-1516-3301.v1